IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELMORE S. WELCH, JR., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 13-00170-WS-B |
| CAROLYN W. COLVIN, | : |
| Defendant. | : |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made (Docs. 6 & 7), the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 28, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this 5th day of June, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE